ACCEPTED
03-15-00316-CR
8023720
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 8:16:55 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00316-CR

| | | |
|---|---|---|
| HEATHER LAUREN RICHARDS | § | IN THE THIRD |
| | § | |
| v. | § | DISTRICT COURT OF |
| | § | |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 8:16:55 AM
JEFFREY D. KYLE
Clerk

## APPEARANCE OF COUNSEL - STATE

**TO THE HONORABLE JUSTICES OF SAID COURT**:

COMES NOW THE STATE OF TEXAS, by and through its Assistant District Attorney, and files this appearance of counsel in the above-captioned cause. The previous attorney listed on the State's brief in this case – Ms. Chari L. Kelly – took a position with another office, and the undersigned counsel hereby appears and respectfully requests that this Honorable Court forward any further notices and correspondence to his county email address.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

1

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Appearance of Counsel - State* has been delivered to Appellant HEATHER LAUREN RICHARD's attorney of record in this matter:

Amanda Erwin
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Phone: (512) 938-1800
amanda@theerwinlawfirm.com
*Counsel for Appellant on Appeal*

by electronic mail service through efile.txcourts.gov, this 1st day of December, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

2